FREDERICK SCHAEFER et al., Appellants, *v.* WARREN SOULE, Respondent.

(Argued June 14, 1881; decided June 21, 1881.)

*Ashbel ·P. Fitch* for appellant.

*T. C. Reed* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

MARIA LUCRECIA DE RIVAS et al., Respondents, *v.* ANA RIVAS DE HERQUES, Appellant.

(Argued June 14, 1881; decided June 21, 1881.)

*John H. Post* for appellant.

*Emmet R. Olcott* for respondent.

Agree to affirm without opinion. .
All concur.
Order affirmed.

---

THE PEOPLE ex rel., SOPHIA G. VANDERVOORT, Executrix, etc., Appellant and Respondent, *v.* WILLIAM R. GRACE, Mayor, etc., et al., Appellants and Respondents.

(Argued June 14, 1881; decided June 21, 1881.)

*Francis Lynde Stetson* for plaintiff.

*Richard O. Gorman* for defendants.

Agree to affirm without opinion.
All concur.
Order affirmed.